ESTATE OF FRANZ H. FRETZ, DECEASED.

[No. 18,676; decided August 22, 1898.]

Inheritance Tax—Benevolent Society.—The German Benevolent Society of San Francisco is not subject to a collateral inheritance tax.

---

ESTATE OF LOUISA C. GOFF, DECEASED.

[No. 20,255; decided April 12, 1897.]

Witnesses—Competency of Husband and Wife.—Subdivision 1 of section 1881 of the Code of Civil Procedure, in disqualifying husband and wife to testify for or against each other, is a declaration of the common law.

Witnesses—Competency of Husband and Wife.—In furtherance of justice and for the purpose of exposing fraud, courts are inclined to relax the rule that husband and wife are disqualified to testify for or against each other.

Witnesses—Competency of Husband and Wife.—When the executor and proponent of a will is made the defendant in a contest thereof, he and his wife, she being the sole beneficiary under the will, may not refuse to testify because of the relation of husband and wife.

---

ESTATE OF EDWARD D. HEATLEY, DECEASED.

[No. 18,828; decided September 27, 1897.]

Will—Revocation by Incomplete Instrument.—A will is not revoked by an unsigned olographic document of later date.

Will—Revocation by Alterations.—Where a testator changes many, though not all, of the provisions of his will by pencil marks and interlineations, but allows his signature and the signatures of the witnesses to stand untouched, the revocation of the instrument is not thereby affected.